# **EXHIBIT C**



# YANCY IP LAW, PLLC

5904 JANE WAY
ALEXANDRIA, VA 22310 USA
(703) 965-0602
WWW.YANCYIP.COM
ADMIN@YANCYIP.COM

November 27, 2018

**via Certified Main Return Receipt Requested**

Josh Krenz
CEO and Strategic Counsel
VIVID LIFE SCIENCES
P.O. Box 41632
Minneapolis, MN 55441

Re:   U.S. PATENT NO. 10,104,883
      Owned by Stoller Enterprises, Inc.

Dear Mr. Krenz:

This firm represents Stoller Enterprises, Inc. in certain intellectual property matters. Stoller Enterprises, Inc. owns U.S. Patent 10,104,883 (copy attached) and other patent applications directed to a Mixture of Plant Growth Regulators (PGRs).

It is our understanding that your company is making, using, selling, and/or offering for sale the product VIGEO™ which my client believes infringes their patent.

This infringement in unacceptable to my client and they hereby request that you immediately:

1. cease to make, use, sell and/or offer for sale the VIGEO™ product;
2. destroy any and all VIGEO™ products in your possession and control;
3. use reasonable endeavors to recover all stocks of the infringing items from purchasers and destroy these stocks;
4. Provide to us a written undertaking that you will refrain from making the infringing item or any other products which would infringe the Patent without our express written consent.

We expect your acknowledgement of this letter and your response to our request within 10 days of receipt of this letter. Failure to respond by this date will result in us seeking further legal remedies.

Very truly yours,

*Jennifer P. Yancy*
Jennifer P. Yancy, Esq.

Exhibit C - Page 1